Matthew T. Martens
   (NJ Bar No. 47541998)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
matthew.martens@wilmerhale.com

*Attorney for Defendants*

Timothy Perla (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
timothy.perla@wilmerhale.com

Charles C. Bridge (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8000
(f) (212) 230-8888
charles.bridge@wilmerhale.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM HOUCK, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>v.<br><br>EOS ENERGY ENTERPRISES, INC., JOSEPH MASTRANGELO, and NATHAN KROEKER,<br><br>                  Defendants. | Case No. 2:23-cv-04113-JKS-MAH<br><br>**Motion Day**: Monday, June 3, 2024<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that on Monday, June 3, 2024, or as soon thereafter as counsel may be heard, defendants Eos Energy Enterprises, Inc., Joseph Mastrangelo, and Nathan Kroeker ("Defendants"), by and through their undersigned counsel, shall move before the Honorable Jamel K. Semper, United States District Judge for the District of New Jersey, for an Order dismissing with prejudice Plaintiff's Second Amended Class Action Complaint for Violation of the Federal Securities Laws [ECF No. 25] (the "Complaint"), dated March 5, 2024, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4 *et seq.*, for failure to state a claim upon which relief can be granted, and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion to Dismiss, Defendants will rely upon the accompanying Memorandum of Law and the accompanying Declaration of Matthew T. Martens (and exhibits thereto).

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendants request oral argument.

Dated: April 4, 2024

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Matthew T. Martens*

Matthew T. Martens
 (NJ Bar No. 47541998)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
matthew.martens@wilmerhale.com

Timothy J. Perla (*pro hac vice*)
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
timothy.perla@wilmerhale.com

Charles C. Bridge (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8000
(f) (212) 230-8888
charles.bridge@wilmerhale.com

*Attorneys for Defendants*