<div style="display: flex;">
<div>

Matthew T. Martens
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
matthew.martens@wilmerhale.com

*Attorney for Defendants*

</div>
<div>

Timothy Perla (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
timothy.perla@wilmerhale.com

Charles C. Bridge (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8000
(f) (212) 230-8888
charles.bridge@wilmerhale.com

*Attorneys for Defendants*

</div>
</div>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM HOUCK, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>v.<br><br>EOS ENERGY ENTERPRISES, INC., JOSEPH MASTRANGELO, and NATHAN KROEKER,<br><br>                  Defendants. | Case No. 2:23-cv-04113-JKS-MAH<br><br>**DEFENDANTS' NOTICE AND REQUEST FOR ENTRY OF FINAL JUDGMENT** |

DRAFT—ATTORNEY WORK PRODUCT—PRIVILEGED AND CONFIDENTIAL

PLEASE TAKE NOTICE that Defendants Eos Energy Enterprises, Inc., Joseph Mastrangelo, and Nathan Kroeker respectfully request that, pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the Court enter a final judgment of dismissal in this action. The Court dismissed the Plaintiffs' Second Amended Class Action Complaint on November 8, 2024, and granted Plaintiffs the opportunity to file an amended complaint within 45 days. ECF No. 39. Plaintiffs have not made any additional filings as of the date of this notice, thus warranting a final judgment of dismissal.

Dated: January 23, 2025               Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ Matthew T. Martens
Matthew T. Martens (NJ Bar No. 47541998)
2100 Pennsylvania Avenue NW
Washington, DC 20037
(t) (202) 663-6000
(f) (202) 663-6363
matthew.martens@wilmerhale.com

Timothy Perla (*pro hac vice*)
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
timothy.perla@wilmerhale.com

Charles C. Bridge (*pro hac vice*)
7 World Trade Center

DRAFT—ATTORNEY WORK PRODUCT—PRIVILEGED AND CONFIDENTIAL

250 Greenwich Street
New York, NY 10007
(t) (212) 230-8000
(f) (212) 230-8888
charles.bridge@wilmerhale.com

*Attorneys for Defendants*

2