UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM HOUCK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EOS ENERGY ENTERPRISES, INC., JOSEPH MASTRANGELO, and NATHAN KROEKER,<br><br>Defendants. | Case No. 2:23-cv-04113-JKS-MAH |

ORDER OF DISMISSAL

On November 8, 2024, the Court issued an Opinion (ECF No. 38) and Order (ECF No. 39) granting, without prejudice, Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint (ECF No. 26).

On January 23, 2025, Defendants filed a notice requesting the Court enter a final judgment of dismissal as Plaintiffs did not make any additional filings during the 45 days granted to file an amended complaint. Plaintiffs have not responded to Defendants' request.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action be, and hereby is, dismissed.

1

**IT IS SO ORDERED.**

DATED: March 13, 2025

*/s/ Jamel K. Semper*
-----------------------------------
The Honorable Jamel K. Semper
United States District Judge